```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 03981
    ASHLEY M APONTE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-9455

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 02/21/2008 and was confirmed 05/15/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 08/14/2008.
-----------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-----------------------------------------------------------------------------
 NEXTEL                       UNSECURED        NOT FILED          .00           .00
 PEOPLES ENERGY               UNSECURED        NOT FILED          .00           .00
 AMERICAN EXPRESS BANK        UNSECURED        NOT FILED          .00           .00
 AMERICAN EXPRESS             NOTICE ONLY      NOT FILED          .00           .00
 CITY OF CHICAGO PARKING      UNSECURED           360.00          .00           .00
 CITY OF CHICAGO BUREAU P     NOTICE ONLY      NOT FILED          .00           .00
 FUTURE FINANCE               UNSECURED          7906.10          .00           .00
 MANDEE                       UNSECURED        NOT FILED          .00           .00
 MANDEE                       NOTICE ONLY      NOT FILED          .00           .00
 ULTA SALON COSMETICS & F     UNSECURED        NOT FILED          .00           .00
 JEFFERSON CAPITAL SYSTEM     UNSECURED           304.34          .00           .00
 GAIL M APONTE                NOTICE ONLY      NOT FILED          .00           .00
 VINCENT B APONTE             NOTICE ONLY      NOT FILED          .00           .00
 AMERICAN HONDA FINANCE C     SECURED VEHIC     16993.00          .00        460.00
 AMERICAN HONDA FINANCE C     UNSECURED           186.82          .00           .00
 CITY OF CHICAGO PARKING      UNSECURED              .00          .00           .00
 GREGORY K STERN              DEBTOR ATTY      3,500.00                         .00
 TOM VAUGHN                   TRUSTEE                                         40.00
 DEBTOR REFUND                REFUND                                            .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE                 500.00

 PRIORITY                                          .00
 SECURED                                        460.00
 UNSECURED                                         .00
 ADMINISTRATIVE                                    .00
 TRUSTEE COMPENSATION                            40.00
 DEBTOR REFUND                                     .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03981 ASHLEY M APONTE
```

```
                              ---------------        ---------------
TOTALS                              500.00                 500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```